UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:  
PHYLLIS ANN LOVELAND LETERSKY *aka* PHYLLIS A SHAW  
    Debtor

Case No. 19-15789-NVA

Chapter 13

_____

MEB LOAN TRUST IV C/O SELECT PORTFOLIO SERVICING, INC.  
    Movant  
v.  
PHYLLIS ANN LOVELAND LETERSKY  
*aka* PHYLLIS A SHAW  
    Debtor/Respondent  
and  
REBECCA A. HERR  
    Trustee/Respondent

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (REAL PROPERTY)

    MEB Loan Trust IV c/o Select Portfolio Servicing, Inc. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay, with respect to certain real property of the Debtor having an address of 3211 Mount Carmel Rd, Upperco, Maryland 21155-9419 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

    1.    A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on April 29, 2019.

    2.    A Chapter 13 Plan was confirmed on January 23, 2020.

    3.    The Debtor, Phyllis A Shaw, has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $50,000.00 (the "Note"). A copy of the Note is attached hereto.

    4.    Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor, Phyllis A Shaw, under and with respect to the Note and the Deed of Trust are secured by the Property. The lien created by the Deed of Trust was perfected by recording of the Deed of Trust in the office of the Clerk of the Circuit Court of Baltimore County, Maryland. A copy of the recorded Deed of Trust is attached hereto.

    5.    The Debtor was in default at the time the present bankruptcy was filed. The Debtor owed prepetition arrears of $9,853.23. The prepetition arrearage is detailed in the

Movant's Proof of Claim.

6.      As of June 30, 2020, the estimated outstanding Obligations are:

| | |
|---|---:|
| Unpaid Principal Balance | $47,868.31 |
| Unpaid, Accrued Interest | $5,599.13 |
| Uncollected Late Charges | $10.00 |
| Mortgage Insurance Premiums | $0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $0.00 |
| Other Costs | $0.00 |
| Less: Partial Payments | $-630.77 |
| Minimum Outstanding Obligations | $52,846.67 |

7.      The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtor as of June 30, 2020.

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 1 | 08/25/2019 | 08/25/2019 | $501.02 | $501.02 |
| 2 | 09/25/2019 | 10/25/2019 | $500.02 | $1,000.04 |
| 2 | 11/25/2019 | 12/25/2019 | $478.60 | $957.20 |
| 3 | 01/25/2020 | 03/25/2020 | $361.35 | $1,084.05 |
| 3 | 04/25/2020 | 06/25/2020 | $332.50 | $997.50 |
| Less postpetition partial payments (suspense balance): | | | | $-362.95 |
| **Total Postpetition Payments:** | | | | **$4,176.86** |

8.      The estimated market value of the Property is $309,678.00.  The basis for such valuation is the Debtor's Schedules.

9.      Based upon the Schedules of the Debtor and the amount of the Obligations described herein, the aggregate amount of encumbrances on the Property is $374,995.33.

10.      In the event the automatic stay under U.S.C. §362(a) is terminated as to the subject Property, Movant may, at its discretion, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement.  The Movant may contact the Debtors via telephone or written correspondence to offer such an agreement.  Debtors may contact Movant, in kind.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

11.      Cause exists for relief from the automatic stay for the following reasons:

*BWW#:MD-345420*

   (a) Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion.

   (b) Postconfirmation payments required by the confirmed plan have not been made to Movant.

   (c) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

  WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

  1. Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

  2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

  3. For such other relief as the Court deems proper.

Dated:   July 16, 2020            Respectfully Submitted,
                      BWW Law Group, LLC

                      /s/ Luke McQueen
                      Luke McQueen, Esq.
                      MD Fed. Bar No. 18960
                      BWW Law Group, LLC
                      6003 Executive Blvd, Suite 101
                      Rockville, MD  20852
                      301-961-6555
                      301-961-6545 (facsimile)
                      bankruptcy@bww-law.com
                      *Attorney for the Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee                              Sonila Isak Wintz, Esq.

I hereby further certify that on this 16th day of July, 2020, a copy of the foregoing Motion for Relief from Automatic Stay was also mailed first class mail, postage prepaid, to:

Phyllis Ann Loveland Letersky
aka Phyllis A Shaw
3211 Mt Carmel Rd
Uppercoe, MD 21155

/s/ Luke McQueen
Luke McQueen, Esq.

*BWW#:MD-345420*