Entered: August 17th, 2020
Signed: August 17th, 2020

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | Case No. 19-15789-NVA |
| PHYLLIS ANN LOVELAND LETERSKY | |
| *aka* PHYLLIS A SHAW | Chapter 13 |
|     Debtor | |

_____

MEB LOAN TRUST IV
C/O SELECT PORTFOLIO SERVICING, INC.
    Movant

v.

PHYLLIS ANN LOVELAND LETERSKY
*aka* PHYLLIS A SHAW
    Debtor/Respondent

and

REBECCA A. HERR
    Trustee/Respondent
_____

### CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on August 20, 2020, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as

the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of August 10, 2020, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 1 | 10/25/19 | 10/25/19 | $500.02 | $0.00 | $500.02 | $500.02 |
| 2 | 11/25/19 | 12/25/19 | $478.60 | $0.00 | $478.60 | $957.20 |
| 3 | 01/25/20 | 03/25/20 | $361.35 | $0.00 | $361.35 | $1,084.05 |
| 4 | 04/25/20 | 07/25/20 | $332.50 | $0.00 | $332.50 | $1,330.00 |
| Less post-petition partial payments (suspense balance): | | | | | | ($36.91) |

**Total: $3,834.36**

4. This arrearage shall be paid as follows:
   Debtor is ordered to make the following payments to cure the post-petition arrearage and other amounts owing set forth in paragraph 3:

| Month Stipulation payment due | Monthly Stipulation Payment Amount |
|---|---|
| 09/10/2020 | $426.04 |
| 10/10/2020 | $426.04 |
| 11/10/2020 | $426.04 |
| 12/10/2020 | $426.04 |
| 01/10/2021 | $426.04 |
| 02/10/2021 | $426.04 |
| 03/10/2021 | $426.04 |

| | |
|---|---|
| 04/10/2021 | $426.04 |
| 05/10/2021 | $426.04 |

5. Regular payments in the amount of $332.50 to be paid on or before August 25, 2020 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the

Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

AGREED:

__/s/ Luke McQueen__
Luke McQueen, MD Fed. Bar No. 18960
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
P: 301-961-6555, F:301-961-6545
bankruptcy@bww-law.com
*Counsel for the Movant*

/s/ Sonila Isak Wintz
Sonila Isak Wintz, Esq.
306 N Main Street
Bel Air, MD 21014
*Counsel for Debtor*

### CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the agreed order submitted to the Court are identical to those set forth in the original agreed order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original agreed order.

__/s/ Luke McQueen__
Luke McQueen, Esq.
Attorney
BWW Law Group, LLC

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

Sonia Isak Wintz, Esq.
306 N Main Street
Bel Air, MD 21014

Phyllis Ann Loveland Letersky
*aka* Phyllis A Shaw
3211 Mt Carmel Rd
Uppercoe, MD 21155

### END OF ORDER

02/20

BKAO001.N001
BWW#:MD-345420